UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14218-CIV-CANNON

**TAQUANTE AKEEM JOHNSON**,

    Petitioner,

v.

**STATE OF FLORIDA, et al**.,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon the Petition for Writ of Habeas Corpus Relief for Reduction and/or Modification of Bail [ECF No. 1], filed on June 30, 2020 ("Motion"). The Motion was previously referred to Magistrate Judge Lisette M. Reid for a Report and Recommendation ("R&R") on all dispositive matters [ECF No. 2]. On October 14, 2020, the Magistrate Judge issued an R&R recommending that the Motion be denied [ECF No. 6]. The R&R states that the Petitioner shall file any objections within fourteen days of the date of service of a copy of the R&R [ECF No. 6, p. 5]. To date, Petitioner has filed no objections, nor has he sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

CASE NO. 20-14218-CIV-CANNON

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 6] is **ADOPTED**;

2. The Motion [ECF No. 1] is **DENIED**;

3. A Certificate of Appealability **SHALL NOT ISSUE**;

4. All pending motions are **DENIED AS MOOT**; and

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida this 18th day of March 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Taquante Akeem Johnson
0321097
Martin County Jail
Inmate Mail/Parcels
800 SE Monterey Road
Stuart, FL 34994
PRO SE